UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY L. PHILLIPS,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 2:14-mc-00138-KJM-AC<br><br>No. 2:14-mc-00139-TLN-DAD<br><br>No. 2:14-mc-00140-TLN-DAD<br><br>No. 2:14-mc-00149-MCE-DAD<br><br><br>RELATED CASE ORDER |

Examination of the above-stated case numbers reveals that the cases are related within the meaning of Local Rule 123(a). Here, the "actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3). Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

1  As a result, it is hereby ORDERED that the following cases, No. 2:14-mc-00139-TLN-DAD; No. 2:14-mc-00140-TLN-DAD; and No. 2:14-mc-00149-MCE-DAD, are reassigned to the undersigned and to Magistrate Judge Allison Claire. Henceforth, the caption on documents filed in the reassigned cases shall be shown as: 2:14-mc-00139-KJM-AC; 2:14-mc-00140-KJM-AC; and 2:14-mc-00149-KJM-AC.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of miscellaneous cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: March 2, 2015.

_____
UNITED STATES DISTRICT JUDGE

2