1  CAROLINE D. CIRAOLO
   Acting Assistant Attorney General
2
   HENRY C. DARMSTADTER
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Ben Franklin Station
5  Washington, D.C.  20044-0683
   Telephone:    (202) 307-6481
6  Facsimile:    (202) 307-0054
   E-mail:       henry.c.darmstadter@usdoj.gov
7
   Of Counsel
8  BENJAMIN B. WAGNER
   United States Attorney
9  Attorneys for the United States of America

10               IN THE UNITED STATES DISTRICT COURT FOR THE

11                        EASTERN DISTRICT OF CALIFORNIA

12

13  JEFFERY L. PHILLIPS,                     )
                                             ) Civil No. 2:14-MC-00138-KJM-AC
                Petitioner,                  )
14                                           ) Civil No. 2:14-MC-00139-KJM-AC
           v.                                )
15                                           ) Civil No. 2:14-MC-00140-KJM-AC
                                             )
16  UNITED STATES OF AMERICA,                ) Civil No. 2:14-MC-00149-KJM-AC
                                             )
17              Respondent.                  ) STIPULATION FOR DISMISSAL
                                             )
18                                           )
                                             )   Fed.R.Civ.P. 41(a)
19                                           )
                                             )
20                                           )
                                             )
21                                           )

22       IT IS HEREBY STIPULATED AND AGREED between Petitioner Jeffery L. Phillips and

23  Respondent United States of America, by and through undersigned counsel, in light of the information

24  provided by the summoned parties, the United States deems the summonses in compliance. In accordance

25  with Rule 41(a) of the Federal Rules of Civil Procedure, that the four above-captioned Petitions to Quash

26  Internal Revenue Service Summonses shall be dismissed with prejudice, the parties to bear their respective

27  costs, including any possible attorneys' fees or other expenses of litigation.

28  ///

Respectfully submitted,

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

DATED: July 28, 2015     /s/Henry C. Darmstadter
HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 Ben Franklin Station
Washington, D.C. 20044-0683
(202) 307-6484

Of Counsel
BENJAMIN B. WAGNER
United States Attorney
Attorneys for the United States


WAGNER KIRKMAN
BLAINE KLOMPARENS &
YOUMANS

DATED: July 28, 2015     /s/Irina Rospotnyuk
IRINA ROSPOTNYUK
10640 Mather Blvd., Suite 200
Mather, California 95655
(916) 920-5286
Attorneys for Petitioner

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the four above-captioned Petitions to Quash Internal Revenue Service Summonses shall be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of litigation.

DATED: July 28, 2015.

                 /S/
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE